# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON and SIMON,<br><br>          Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No. 1:19-cv-01398-DAD-JDP<br><br>ORDER CONFIRMING STIPULATED DISMISSAL OF CHARLES JASSON WESTRICH, UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, AND DOES 1 TO 25<br><br>ECF No. 10 |

On March 3, 2020, the parties filed a stipulation to dismiss Defendant Charles Jasson Westrich, the United States Department of Veterans Affairs, and Does 1 to 25 from this action. Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice. In light of the stipulation of the parties and the provisions of the Federal Tort Claims Act, the United States will be the sole defendant in this action.

IT IS SO ORDERED.

Dated:   March 9, 2020                                    /s/ Jeremy Peterson
                                                              UNITED STATES MAGISTRATE JUDGE

No. 205.