UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL M. SIMON and ULISES SIMON,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 1:19-cv-01398-DAD-JDP<br><br>ORDER RESCHEDULING THE SCHEDULING CONFERENCE UNTIL APRIL 22, 2020, AT 10 A.M.<br><br>ECF No. 11 |

The parties stipulated request for the scheduling conference to be rescheduled, ECF No. 11, is granted. The telephonic scheduling conference will now be held on April 22, 2020, at 10 a.m. (dial-in: 888-204-5984; passcode: 4446176). The parties' joint statement is due seven days before the conference.

IT IS SO ORDERED.

Dated:   March 13, 2020              _____
                                                        UNITED STATES MAGISTRATE JUDGE

No. 205.