# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL M. SIMON and ULISES SIMON,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Case No. 1:19-cv-01398-DAD-JDP<br><br>ORDER RESCHEDULING THE SCHEDULING CONFERENCE UNTIL AUGUST 6, 2020, AT 2:00 P.M.<br><br>ECF No. 15 |

The parties stipulated request for the scheduling conference to be rescheduled, ECF No. 15, is granted. The telephonic scheduling conference will be held on Thursday, August 6, 2020, at 2:00 p.m. (dial-in: 888-204-5984; passcode: 4446176). The parties' joint statement is due seven days before the conference.

IT IS SO ORDERED.

Dated: ___April 1, 2020___　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 205.