UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL M. SIMON and ULISES SIMON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:19-cv-01398-DAD-JDP<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO CLOSE THE CASE<br><br>ECF No. 20 |

On September 11, 2020, the parties filed a stipulation of dismissal with prejudice signed by all parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The court therefore directs the clerk's office to close the case.

IT IS SO ORDERED.

Dated: __September 14, 2020__                     _____
                                                  UNITED STATES MAGISTRATE JUDGE

No. 205.